Opinion issued July 12,
2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00345-CV

———————————

In
re DARRYL ARMSTRONG AND ARMSTRONG MEDICAL SUPPLY, LLC, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

 

MEMORANDUM OPINION

          Relators, Darryl Armstrong and
Armstrong Medical Supply, LLC, have filed a petition for writ of mandamus.  See Tex. R. App. P. 52.1.  Relators challenge the trial court’s April 29,
2011 order denying relators’ motion to quash and for protective order.[1]  

          We deny
relators’ petition for writ of mandamus. 
Accordingly, the stay of the production of documents pursuant to the
subpoena served on Bank of America Corporation is lifted.  See Tex. R. App. P. 52.10(b) (providing
that “[u]nless vacated or modified, an order granting temporary relief is
effective until the case is finally decided”).

PER CURIAM

Panel consists of Justices Jennings, Higley, and Brown.











[1]           This
proceeding arises out of Jordan Reses
Supply Company, Respironics, Inc. and Resmed Corp. v. Vaughn Medical Equipment
Repair Service, LLC, Marcus Thierry, Nicole Baxter-Thierry, and Joseph &
Company, No. 10-DCV-178015, in the 268th District Court, Fort Bend County,
Texas, the Hon. Brady Elliott presiding. 
However, the respondent here is the Honorable Reagan Clark, visiting
judge, who signed the complained-of order.